CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT STEVEN JOYCE, | ) | Civil Action No. 7:07cv00447 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| CAPTAIN NELSON THOMAS, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 24th day of September, 2007.

_____
United States District Judge